IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00885-BNB

LINSEY PERRY,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

A prisoner, Ronald Cooper, who is incarcerated at a state prison in the State of Michigan submitted a Letter to the Court on behalf of Plaintiff Linsey Perry. According to Mr. Cooper, Ms. Perry is in the custody of the Colorado Department of Corrections and is incarcerated at the Denver Reception and Diagnostic Center in Denver, Colorado.

Magistrate Judge Boyd N. Boland entered an order on April 17, 2009, in which he directed the Clerk of the Court to commence a civil action and instructed Ms. Perry that she, not Mr. Cooper, must cure the deficiencies in the pleading by filing her claims on a Court-approved form used in filing prisoner complaints. Ms. Perry also was instructed either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative to pay the $350.00 filing fee. Ms. Perry was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Ms. Perry now has failed to communicate with the Court, and as a result she has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice because Ms. Perry failed to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 27 day of _____ May _____, 2009.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00885-BNB

Linsey Perry
Prisoner No. 130514
Denver Women's Corr. Facility
PO Box 392005
Denver, CO  80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/28/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk